# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James Blaine Tenney Jr. aka James B. Tenney, Jr.<br>  Sherry Lee Tenny aka Sherry L. Tenney aka Sherry Lee Giltay aka Sherry Lee Rudacille aka Sherry Lee Price<br>  **Debtor(s)** | BK NO. 23-02752 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of MATRIX FINANCIAL SERVICES CORPORATION AS SERVICING AGENT FOR FEDERAL NATIONAL MORTGAGE ASSOC. and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
22 Dec 2023, 09:30:46, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322