United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
James Blaine Tenney, Jr.  
Sherry Lee Tenney  
    Debtors

Case No. 23-02752-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Jan 25, 2024     Form ID: ntcnfhrg     Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Blaine Tenney, Jr., Sherry Lee Tenney, 9229 Blue Spring Road, Mercersburg, PA 17236-9705 |
| 5582123 | + | COMMONWEALTH OF PA, 841 VOGELSONG ROAD, P.O. BOX 14008, YORK, PA 17404-1397 |
| 5582111 | + | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5582126 | + | FRANKLIN COUNTY AREA TAX BUREAU, 306 N 2ND ST, CHAMBERSBURG, PA 17201-1613 |
| 5582110 | + | JAMES BLAINE TENNEY, JR., SHERRY LEE TENNEY, 9229 BLUE SPRING ROAD, MERCERSBURG, PA 17236-9705 |
| 5582133 | + | SHEFFIELD FINANCIAL, ATTN: BANKRUPTCY, 214 N TRYON ST, CHARLOTTE, NC 28202-1078 |
| 5582138 | + | SYNCHRONY BANK, C/O PATENAUDE & FELIX, A.P.C., 2400 ANSYS DRIVE, SUITE 402-B, CANONSBURG, PA 15317-0403 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5582116 | + | Email/Text: bncnotifications@pheaa.org | Jan 25 2024 18:54:00 | AES/PHEAA, ATTN: BANKRUPTCY, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 5582117 | + | Email/Text: backoffice@affirm.com | Jan 25 2024 18:54:00 | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 5582118 | + | Email/PDF: bncnotices@becket-lee.com | Jan 25 2024 19:08:58 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 5590381 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2024 18:58:50 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5590847 | | Email/PDF: bncnotices@becket-lee.com | Jan 25 2024 18:58:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5582119 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2024 18:58:52 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5582120 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 18:58:35 | CBNA, ATTN: CENTRALIZED BANKRUPTCY/CITICORP, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 5582121 | + | Email/Text: BKPT@cfna.com | Jan 25 2024 18:54:00 | CFNA/CREDIT FIRST NATL ASSOC, ATTN: BANKRUPTCY, PO BOX 81315, CLEVELAND, OH 44181-0315 |
| 5582122 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 25 2024 18:54:00 | COMENITYCAPITAL/BOSCOV, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5582124 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 25 2024 18:58:33 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS, NV 89113-2273 |
| 5583920 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2024 18:58:50 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5583424 | + | Email/Text: bankruptcy@cavps.com | | |

| Record | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 25 2024 18:54:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5582129 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 18:58:53 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 5583432 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 25 2024 18:54:00 | ECMC, PO Box 16408, St Paul, MN 55116-0408 |
| 5582125 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 25 2024 18:54:00 | FORTIVA, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 5582113 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 25 2024 18:54:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5582127 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2024 18:58:51 | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 5590236 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2024 18:58:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5582128 | | Email/Text: camanagement@mtb.com | Jan 25 2024 18:54:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 5584532 | + | Email/Text: camanagement@mtb.com | Jan 25 2024 18:54:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5582130 | + | Email/Text: Unger@Members1st.org | Jan 25 2024 18:54:00 | MEMBERS 1ST FCU, ATTN: BANKRUPTCY, 5000 MARKETPLACE WAY, ENOLA, PA 17025-2431 |
| 5590215 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 25 2024 18:58:36 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5582131 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 25 2024 18:58:36 | MERRICK BANK/CCHOLDINGS, ATTN: BANKRUPTCY, P.O. BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5582115 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 25 2024 18:54:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5582132 | ^ | MEBN | Jan 25 2024 18:48:50 | ROUNDPOINT MORTGAGE SERVICING CORP, ATTN: BANKRUPTCY, PO BOX 19409, CHARLOTTE, NC 28219-9409 |
| 5582112 | + | Email/Text: karen.brown@treasury.gov | Jan 25 2024 18:54:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5582134 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 18:58:32 | SYNCB/BELK DUAL CARD, ATTN: BANKRUPTCY, P.O. BOX 965060, ORLANDO, FL 32896-5060 |
| 5582135 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 18:58:49 | SYNCB/EBAY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5582136 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2024 18:58:33 | SYNCB/WALMART, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5582137 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 18:58:42 | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5582139 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 18:58:52 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5582140 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 18:58:34 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5582141 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 18:58:49 | SYNCHRONY BANK/HHGREGG, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5582142 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| Recip ID | Bypass Reason | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 25 2024 18:58:33 | SYNCHRONY/PAYPAL CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5586429 | | Email/Text: bankruptcy@bbandt.com | Jan 25 2024 18:54:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 5582143 | ^ | MEBN | Jan 25 2024 18:50:14 | TOYOTA MOTOR CREDIT/MAZDA FINANCIAL, ATTN: BANKRUPTCY, 6565 HEADQUARTERS DR, PLANO, TX 75024-5965 |
| 5584773 | + | Email/Text: bankruptcy@bbandt.com | Jan 25 2024 18:54:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 5582114 | | Email/Text: kcm@yatb.com | Jan 25 2024 18:54:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5590849 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 27, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 James Blaine Tenney Jr. hrohrbaugh@cgalaw.com, kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com,imccauley@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Sherry Lee Tenney hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com,imccauley@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION AS SERVICING AGENT FOR FEDERAL NATIONAL MORTGAGE ASSOC. mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| James Blaine Tenney Jr.,<br>aka James B. Tenney Jr., | Chapter | 13 |
| **Debtor 1** | Case No. | 1:23−bk−02752−HWV |
| Sherry Lee Tenney,<br>aka Sherry L. Tenney, aka Sherry Lee Giltay, aka Sherry Lee Price, aka Sherry Lee Rudacille, | | |
| **Debtor 2** | | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**February 21, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: February 28, 2024<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 25, 2024 |

ntcnfhrg (08/21)