IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 Bankruptcy |
| | : | |
| JAMES BLAINE TENNEY, JR. and | : | No. 1:23-bk-02752-HWV |
| SHERRY LEE TENNEY | : | |
| | : | |
| Debtors : | | Electronically Filed Document |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, Kelly M. Appleyard, Deputy Attorney General, hereby enters an appearance on behalf of the Commonwealth of Pennsylvania, Office of Attorney General, and requests to be placed on the Court's electronic service list and to receive copies of all notices, pleadings, and other matters filed herein.

Respectfully submitted,

MICHELLE A. HENRY
Attorney General

By: *s/ Kelly M. Appleyard*
Kelly M. Appleyard
Deputy Attorney General
Attorney ID 320919

Office of Attorney General
Financial Enforcement Section
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 497-8758

kappleyard@attorneygeneral.gov

Counsel for Commonwealth of Pennsylvania
Office of Attorney General

Date: February 6, 2024