United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
James Blaine Tenney, Jr.  
Sherry Lee Tenney  
    Debtors

Case No. 23-02752-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4  
Date Rcvd: Mar 14, 2024     Form ID: ntsempas     Total Noticed: 60

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Blaine Tenney, Jr., Sherry Lee Tenney, 9229 Blue Spring Road, Mercersburg, PA 17236-9705 |
| cr | + | Commonwealth of Pennsylvania, Office of Attorney G, 16th floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5595534 | + | Ann Finer, 35 Sunset St, New London, CT 06320-3321 |
| 5592650 | + | Beth A. Doyle, 8670 Liberty Road South, Salem, OR 97306, SALEM, OR 97306-9461 |
| 5582123 | + | COMMONWEALTH OF PA, 841 VOGELSONG ROAD, P.O. BOX 14008, YORK, PA 17404-1397 |
| 5595527 | + | Dawn Sorensen, 783 Commodore Lane, Porter, IN 46304-9570 |
| 5594445 | + | Debra DiPietro, 1295 Park Road, Elverson, PA 19520-9531 |
| 5582111 | + | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5582126 | + | FRANKLIN COUNTY AREA TAX BUREAU, 306 N 2ND ST, CHAMBERSBURG, PA 17201-1613 |
| 5595535 | + | Gretchen D Addicks, 621 Cagle Circle, Waleska, GA 30183-2211 |
| 5582110 | + | JAMES BLAINE TENNEY, JR., SHERRY LEE TENNEY, 9229 BLUE SPRING ROAD, MERCERSBURG, PA 17236-9705 |
| 5582133 | + | SHEFFIELD FINANCIAL, ATTN: BANKRUPTCY, 214 N TRYON ST, CHARLOTTE, NC 28202-1078 |
| 5582138 | + | SYNCHRONY BANK, C/O PATENAUDE & FELIX, A.P.C., 2400 ANSYS DRIVE, SUITE 402-B, CANONSBURG, PA 15317-0403 |
| 5595373 | + | Toyota Motor Credit Corporation, P.O. Box 330, Williamsville, New York 14231-0330 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Mar 14 2024 18:40:00 | Toyota Motor Credit Corporation, c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| 5582116 | + | Email/Text: bncnotifications@pheaa.org | Mar 14 2024 18:40:00 | AES/PHEAA, ATTN: BANKRUPTCY, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 5582117 | + | Email/Text: backoffice@affirm.com | Mar 14 2024 18:40:00 | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 5582118 | + | Email/PDF: bncnotices@becket-lee.com | Mar 14 2024 18:48:50 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 5590381 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2024 18:48:47 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5590847 | | Email/PDF: bncnotices@becket-lee.com | Mar 14 2024 18:48:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5582119 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2024 18:38:36 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5582120 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2024 18:48:59 | CBNA, ATTN: CENTRALIZED BANKRUPTCY/CITICORP, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 5582121 | + | Email/Text: BKPT@cfna.com | Mar 14 2024 18:40:00 | CFNA/CREDIT FIRST NATL ASSOC, ATTN: BANKRUPTCY, PO BOX 81315, CLEVELAND, |

| Record | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | | OH 44181-0315 |
| 5582122 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 14 2024 18:40:00 | COMENITYCAPITAL/BOSCOV, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5582124 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 14 2024 18:48:47 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS, NV 89113-2273 |
| 5583920 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2024 18:48:59 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5583424 | + | Email/Text: bankruptcy@cavps.com | Mar 14 2024 18:40:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5592856 | | Email/Text: bnc-quantum@quantum3group.com | Mar 14 2024 18:40:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 5582129 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2024 18:48:59 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 5582111 | + | Email/Text: hrohrbaugh@cgalaw.com | Mar 14 2024 18:40:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5583432 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 14 2024 18:40:00 | ECMC, PO Box 16408, St Paul, MN 55116-0408 |
| 5582125 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 14 2024 18:40:00 | FORTIVA, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 5582113 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 14 2024 18:40:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5582127 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2024 18:48:47 | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 5590236 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2024 18:48:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5582128 | | Email/Text: camanagement@mtb.com | Mar 14 2024 18:40:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 5584532 | + | Email/Text: camanagement@mtb.com | Mar 14 2024 18:40:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5582130 | + | Email/Text: Unger@Members1st.org | Mar 14 2024 18:40:00 | MEMBERS 1ST FCU, ATTN: BANKRUPTCY, 5000 MARKETPLACE WAY, ENOLA, PA 17025-2431 |
| 5590215 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 14 2024 18:48:54 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5582131 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 14 2024 18:48:46 | MERRICK BANK/CCHOLDINGS, ATTN: BANKRUPTCY, P.O. BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5594128 | + | Email/Text: Unger@Members1st.org | Mar 14 2024 18:40:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5592727 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 14 2024 18:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5582115 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 14 2024 18:40:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5594491 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 14 2024 18:48:47 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5594553 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 14 2024 18:48:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5582132 | ^ | MEBN | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 14 2024 18:36:41 | ROUNDPOINT MORTGAGE SERVICING CORP, ATTN: BANKRUPTCY, PO BOX 19409, CHARLOTTE, NC 28219-9409 |
| 5594916 | | Email/Text: bankruptcy@roundpointmortgage.com | Mar 14 2024 18:40:00 | RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 5582112 | + | Email/Text: karen.brown@treasury.gov | Mar 14 2024 18:40:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5582134 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 14 2024 18:48:54 | SYNCB/BELK DUAL CARD, ATTN: BANKRUPTCY, P.O. BOX 965060, ORLANDO, FL 32896-5060 |
| 5582135 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 14 2024 18:48:53 | SYNCB/EBAY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5582136 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2024 18:48:58 | SYNCB/WALMART, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5582137 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 14 2024 18:48:53 | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5582139 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 14 2024 18:48:46 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5582140 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 14 2024 18:48:47 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5582141 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 14 2024 18:38:09 | SYNCHRONY BANK/HHGREGG, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5582142 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 14 2024 18:48:53 | SYNCHRONY/PAYPAL CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5586429 | | Email/Text: bankruptcy@bbandt.com | Mar 14 2024 18:40:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 5595191 | | Email/PDF: ebn_ais@aisinfo.com | Mar 14 2024 18:48:46 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5582143 | ^ | MEBN | Mar 14 2024 18:36:48 | TOYOTA MOTOR CREDIT/MAZDA FINANCIAL, ATTN: BANKRUPTCY, 6565 HEADQUARTERS DR, PLANO, TX 75024-5965 |
| 5584773 | + | Email/Text: bankruptcy@bbandt.com | Mar 14 2024 18:40:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 5582114 | | Email/Text: kcm@yatb.com | Mar 14 2024 18:40:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5590849 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General acarr@attorneygeneral.gov |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 James Blaine Tenney Jr. hrohrbaugh@cgalaw.com, kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com,imccauley@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Sherry Lee Tenney hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com,imccauley@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kelly M. Appleyard | on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General kappleyard@attorneygeneral.gov |
| Keri P Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Michael Patrick Farrington | on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION AS SERVICING AGENT FOR FEDERAL NATIONAL MORTGAGE ASSOC. mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James Blaine Tenney Jr.
aka James B. Tenney Jr.

**Debtor 1**

Sherry Lee Tenney
aka Sherry L. Tenney, aka Sherry Lee Giltay, aka Sherry Lee Price, aka Sherry Lee Rudacille

**Debtor 2**

**Debtor(s)**

Chapter: 13

Case number: 1:23−bk−02752−HWV

Document Number: 26

Matter: Motion to Confirm Termination or Absence of the Automatic Stay

COMMONWEALTH OF PENNSYLVANIA, OFFICE OF ATTORNEY GENERAL
**Movant(s)**

vs.

JAMES BLAINE TENNEY, JR. and SHERRY LEE TENNEY
**Respondent(s)**

## Amended Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on December 4, 2023.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102** | **Date: 4/2/24** <br> **Time: 09:30 AM** |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before **March 28, 2024**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Initial requests for a continuance of hearing (*L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
Sylvia H. Rambo US Courthouse
1501 N. 6th Street

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: CourtneyWojtowicz, Deputy Clerk

| | |
|---|---|
| Harrisburg, PA 17102<br>(717) 901−2800 | |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 14, 2024 |

ntsempas(05/18)