IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 Bankruptcy |
| | : | |
| JAMES BLAINE TENNEY, JR. and | : | No. 1:23-bk-02752-HWV |
| SHERRY LEE TENNEY | : | |
| Debtors | : | Electronically Filed Document |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, OFFICE OF ATTORNEY GENERAL, BUREAU OF CONSUMER PROTECTION, | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES BLAINE TENNEY, JR. and SHERRY LEE TENNEY, | : | |
| Respondents. | : | |

## ORDER

AND NOW, this _____ day of _____, 20__, upon consideration of the Motion of the Commonwealth of Pennsylvania for Determination that the Automatic Stay Does Not Apply, and any response thereto, and after notice and opportunity for hearing, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The relief requested in the Motion is hereby GRANTED as set forth herein.

2. The action *Commonwealth of Pennsylvania v. Sherry Tenney individually and Tenney's Fiber Farm, LLC*, filed in the Franklin County Court of Common Pleas, docketed at case number 2022-4006 (the "State Court Case") is an action by a governmental unit to enforce such governmental unit's police and regulatory powers within the meaning of 11 U.S.C. § 362(b)(4).

3. Accordingly, the Commonwealth's continuation and prosecution of the State Court Case, including entry of a monetary judgment, entry of injunctive relief, and the enforcement of

a judgment (other than a monetary judgment) obtained in the State Court Case, are excepted from the automatic stay pursuant to 11 U.S.C. § 362(b)(4).

4. The automatic stay pursuant to 11 U.S.C. § 362 does stay collection of any monetary relief that may be ordered.

5. Notwithstanding any Bankruptcy Rule or Local Bankruptcy Rule that might otherwise delay the effectiveness of this Order, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.