United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-02752-HWV |
| James Blaine Tenney, Jr. | Chapter 13 |
| Sherry Lee Tenney | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 03, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Commonwealth of Pennsylvania, Office of Attorney G, 16th floor, Strawberry Square, Harrisburg, PA 17120-0001 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2024        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General acarr@attorneygeneral.gov |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 James Blaine Tenney Jr. hrohrbaugh@cgalaw.com, kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Sherry Lee Tenney hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General hrohrbaugh@cgalaw.com, kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

Kelly M. Appleyard
    on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General kappleyard@attorneygeneral.gov

Keri P Ebeck
    on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Michael Patrick Farrington
    on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION AS SERVICING AGENT FOR FEDERAL NATIONAL MORTGAGE ASSOC. mfarrington@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov


TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 Bankruptcy |
| JAMES BLAINE TENNEY, JR. and SHERRY LEE TENNEY | : | No. 1:23-bk-02752-HWV |
| Debtors | : | |
| COMMONWEALTH OF PENNSYLVANIA, OFFICE OF ATTORNEY GENERAL, BUREAU OF CONSUMER PROTECTION, | : | |
| Movant, | : | |
| v. | : | |
| JAMES BLAINE TENNEY, JR. and SHERRY LEE TENNEY, | : | |
| Respondents. | : | |

## ORDER

Upon consideration of the Motion of the Commonwealth of Pennsylvania for Determination that the Automatic Stay Does Not Apply, Doc. 26, and the response thereto, Doc. 33, and the hearing held on April 2, 2024, for the reasons stated on the record, it is

**ORDERED** that:

1. The relief requested in the Motion is **GRANTED** as modified herein.

2. The action *Commonwealth of Pennsylvania v. Sherry Tenney individually and Tenney's Fiber Farm, LLC*, filed in the Franklin County Court of Common Pleas, docketed at case number 2022-4006 (the "State Court Case") is an action by a governmental unit to enforce such governmental unit's police and regulatory powers within the meaning of 11 U.S.C. § 362(b)(4).

3. Accordingly, the Commonwealth's continuation and prosecution of the State Court Case, including entry of a monetary judgment, entry of injunctive relief, and the enforcement of

a judgment (other than a monetary judgment) obtained in the State Court Case, are excepted from the automatic stay pursuant to 11 U.S.C. § 362(b)(4).

4. The automatic stay pursuant to 11 U.S.C. § 362 does stay collection of any monetary relief that may be ordered.

5. Notwithstanding any Bankruptcy Rule or Local Bankruptcy Rule that might otherwise delay the effectiveness of this Order, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 3, 2024