United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-02752-HWV |
| James Blaine Tenney, Jr. | Chapter 13 |
| Sherry Lee Tenney | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jul 18, 2024 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5594916 | Email/Text: bankruptcy@roundpointmortgage.com | Jul 18 2024 18:42:00 | RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General acarr@attorneygeneral.gov |
| Brent J Lemon | on behalf of Creditor TH MSR Holdings LLC blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION AS SERVICING AGENT FOR FEDERAL NATIONAL MORTGAGE ASSOC. bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 James Blaine Tenney Jr. hrohrbaugh@cgalaw.com, kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Sherry Lee Tenney hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Elizabeth Haley Rohrbaugh | |

|  |  |
|---|---|
|  | on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General hrohrbaugh@cgalaw.com, kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kelly M. Appleyard | on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General kappleyard@attorneygeneral.gov |
| Keri P Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:23-bk-02752-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

James Blaine Tenney, Jr.
9229 Blue Spring Road
Mercersburg PA 17236

Sherry Lee Tenney
9229 Blue Spring Road
Mercersburg PA 17236

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/18/2024.

Name and Address of Alleged Transferor(s):

Claim No. 28: RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715

Name and Address of Transferee:

TH MSR Holdings LLC
C/O RoundPoint Mortgage Servicing LLC
446 Wrenplace Road
Fort Mill, SC 29715
TH MSR Holdings LLC
C/O RoundPoint Mortgage Servicing LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/20/24

Terrence S. Miller
**CLERK OF THE COURT**