United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-02752-HWV |
| James Blaine Tenney, Jr. | Chapter 13 |
| Sherry Lee Tenney | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Sep 04, 2024      Form ID: nthrgreq      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Commonwealth of Pennsylvania, Office of Attorney G, 16th floor, Strawberry Square, Harrisburg, PA 17120-0001 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General acarr@attorneygeneral.gov |
| Brent J Lemon | on behalf of Creditor TH MSR Holdings LLC blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION AS SERVICING AGENT FOR FEDERAL NATIONAL MORTGAGE ASSOC. bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 James Blaine Tenney Jr. hrohrbaugh@cgalaw.com, kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Sherry Lee Tenney hrohrbaugh@cgalaw.com |

| | |
|---|---|
| | kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General hrohrbaugh@cgalaw.com, kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kelly M. Appleyard | on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General kappleyard@attorneygeneral.gov |
| Keri P Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James Blaine Tenney Jr.
aka James B. Tenney Jr.

**Debtor 1**

Sherry Lee Tenney
aka Sherry L. Tenney, aka Sherry Lee Giltay, aka Sherry Lee Price, aka Sherry Lee Rudacille

**Debtor 2**

Chapter: 13

Case number: 1:23−bk−02752−HWV

Document Number: 48

Matter: Objection to Claim Number 37

James Blaine Tenney Jr.
aka James B. Tenney Jr.
Sherry Lee Tenney
aka Sherry L. Tenney, aka Sherry Lee Giltay, aka Sherry Lee Price, aka Sherry Lee Rudacille
**Movant(s)**

vs.

COMMONWEALTH OF PENNSYLVANIA, OFFICE OF ATTORNEY GENERAL
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on December 4, 2023.

A hearing on the above referenced matter has been scheduled for:

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | **Date: 9/25/24**<br>**Time: 09:40 AM** |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 4, 2024 |

nthrgreq(02/19)