United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                Case No. 23-02752-HWV
James Blaine Tenney, Jr.                           Chapter 13
Sherry Lee Tenney
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                              User: AutoDocke                              Page 1 of 2
Date Rcvd: Sep 25, 2024                     Form ID: pdf010                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Commonwealth of Pennsylvania, Office of Attorney G, 16th floor, Strawberry Square, Harrisburg, PA 17120-0001 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2024                          Signature:             /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General acarr@attorneygeneral.gov |
| Brent J Lemon | on behalf of Creditor TH MSR Holdings LLC blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION AS SERVICING AGENT FOR FEDERAL NATIONAL MORTGAGE ASSOC. bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 James Blaine Tenney Jr. hrohrbaugh@cgalaw.com, kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Sherry Lee Tenney hrohrbaugh@cgalaw.com |

| | |
|---|---|
| Elizabeth Haley Rohrbaugh | kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com<br><br>on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General hrohrbaugh@cgalaw.com, kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kelly M. Appleyard | on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General kappleyard@attorneygeneral.gov |
| Keri P Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 Bankruptcy |
| | : | |
| JAMES BLAINE TENNEY, JR. and | : | No. 1:23-bk-02752-HWV |
| SHERRY LEE TENNEY | : | |
| Debtors | : | Electronically Filed Document |
| | : | |
| JAMES TENNEY | : | |
| SHERRY TENNEY | : | Related Documents: |
| Movants, | : | |
| | : | Proof of Claim No. 37 |
| v. | : | Docket No. 48 |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, OFFICE OF | : | |
| ATTORNEY GENERAL, | : | |
| Respondent. | : | |
| | : | |

## ORDER

Upon consideration of the Debtor's Objection to Proof of Claim No. 37 filed by the Commonwealth of Pennsylvania Office of the Attorney General, Doc. 48, and the Commonwealth's Answer, Doc. 53, and the hearing held on September 25, 2024, at which the Debtors failed to appear, for the reasons stated on the record, it is

**ORDERED** that the Claim Objection is **DENIED** for lack of prosecution.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 25, 2024