UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES BLAINE TENNEY, JR.
      SHERRY LEE TENNEY
           Debtor(s)          CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE          1:23-bk-02752-HWV
           Movant

vs.

JAMES BLAINE TENNEY, JR.
      SHERRY LEE TENNEY
           Debtor(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on December 9, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Douglas R. Roeder, Esquire, and respectfully represents the following:

1. A Plan was filed on December 4, 2023.

2. A hearing was held, and an Order was entered on October 9, 2024, directing that an amended plan be filed within sixty (60) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                                      Respectfully submitted,

                                                      /s/ Douglas R. Roeder, Esquire
                                                      Id: 80016
                                                      Attorney for Movant
                                                      Jack N. Zaharopoulos
                                                      Standing Chapter 13 Trustee
                                                      Suite A, 8125 Adams Drive
                                                      Hummelstown, PA 17036
                                                      Phone: 717-566-6097
                                                      email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES BLAINE TENNEY, JR.
SHERRY LEE TENNEY
    Debtor(s)      CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE      1:23-bk-02752-HWV
    Movant

vs.

JAMES BLAINE TENNEY, JR.
SHERRY LEE TENNEY
    Debtor(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Sylvia H. Rambo United States Courthouse      Date: 01/08/2025
Bankruptcy Courtroom 4B
1501 North 6th Street      Time: 09:35 AM
Harrisburg, PA 17102

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: December 9, 2024

    /s/ Douglas R. Roeder, Esquire
    Id: 80016
    Attorney for Movant
    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA 17036
    Phone: 717-566-6097
    email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES BLAINE TENNEY, JR.
      SHERRY LEE TENNEY
              Debtor(s)         CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE         1:23-bk-02752-HWV
              Movant

vs.

JAMES BLAINE TENNEY, JR.
      SHERRY LEE TENNEY
              Debtor(s)

### **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on December 9, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served electronically</u>
E. HALEY ROHRBAUGH
CGA LAW FIRM, P.C.
135 NORTH GEORGE ST
YORK, PA   17401

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

<u>Served by 1st Class Mail</u>
JAMES BLAINE TENNEY, JR.
SHERRY LEE TENNEY
9229 BLUE SPRING ROAD
MERCERSBURG, PA 17236

I certify under penalty of perjury that the foregoing is true and correct.

Date:  December 9, 2024                     /s/ Kurtis Bowers
                                                   Office of Standing Chapter 13 Trustee
                                                   Jack N. Zaharopoulos
                                                   Suite A, 8125 Adams Dr.
                                                   Hummelstown, PA 17036
                                                   Phone: 717 566-6097
                                                   email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES BLAINE TENNEY, JR.
      SHERRY LEE TENNEY
          Debtor(s)           CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE           1:23-bk-02752-HWV
          Movant

vs.

JAMES BLAINE TENNEY, JR.
      SHERRY LEE TENNEY
          Debtor(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application