United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
James Blaine Tenney, Jr.  
Sherry Lee Tenney  
    Debtors

Case No. 23-02752-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 5  
Date Rcvd: Jan 10, 2025     Form ID: ordsmiss     Total Noticed: 66

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Blaine Tenney, Jr., Sherry Lee Tenney, 9229 Blue Spring Road, Mercersburg, PA 17236-9705 |
| cr | + | Commonwealth of Pennsylvania, Office of Attorney G, 16th floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5595534 | + | Ann Finer, 35 Sunset St, New London, CT 06320-3321 |
| 5592650 | + | Beth A. Doyle, 8670 Liberty Road South, Salem, OR 97306, SALEM, OR 97306-9461 |
| 5582123 | + | COMMONWEALTH OF PA, 841 VOGELSONG ROAD, P.O. BOX 14008, YORK, PA 17404-1397 |
| 5614456 | + | Commonwealth of PA Office of Attorney General, Pennsylvania Office of Attorney General, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |
| 5595527 | + | Dawn Sorensen, 783 Commodore Lane, Porter, IN 46304-9570 |
| 5594445 | + | Debra DiPietro, 1295 Park Road, Elverson, PA 19520-9531 |
| 5582126 | + | FRANKLIN COUNTY AREA TAX BUREAU, 306 N 2ND ST, CHAMBERSBURG, PA 17201-1613 |
| 5595535 | + | Gretchen D Addicks, 621 Cagle Circle, Waleska, GA 30183-2211 |
| 5582110 | + | JAMES BLAINE TENNEY, JR., SHERRY LEE TENNEY, 9229 BLUE SPRING ROAD, MERCERSBURG, PA 17236-9705 |
| 5614455 | + | Paul D. Edger, Pennsylvania Office of Attorney General, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |
| 5582112 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Jan 10 2025 18:39:00 | Toyota Motor Credit Corporation, c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| 5582116 | + | Email/Text: bncnotifications@pheaa.org | Jan 10 2025 18:39:00 | AES/PHEAA, ATTN: BANKRUPTCY, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 5582117 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 10 2025 18:38:19 | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 5582118 | + | Email/PDF: bncnotices@becket-lee.com | Jan 10 2025 18:38:06 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 5590381 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2025 18:38:02 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5590847 | | Email/PDF: bncnotices@becket-lee.com | Jan 10 2025 18:49:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5582119 | + | EDI: CAPITALONE.COM | Jan 10 2025 23:34:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5582120 | + | EDI: CITICORP | Jan 10 2025 23:34:00 | CBNA, ATTN: CENTRALIZED BANKRUPTCY/CITICORP, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 5582121 | + | EDI: CRFRSTNA.COM | Jan 10 2025 23:34:00 | CFNA/CREDIT FIRST NATL ASSOC, ATTN: |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5582122 | + | EDI: WFNNB.COM | Jan 10 2025 23:34:00 | BANKRUPTCY, PO BOX 81315, CLEVELAND, OH 44181-0315<br>COMENITYCAPITAL/BOSCOV, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5582124 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 10 2025 18:38:02 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS, NV 89113-2273 |
| 5583920 | | EDI: CAPITALONE.COM | Jan 10 2025 23:34:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5583424 | + | Email/Text: bankruptcy@cavps.com | Jan 10 2025 18:39:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5592856 | | EDI: Q3G.COM | Jan 10 2025 23:34:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 5582129 | | EDI: CITICORP | Jan 10 2025 23:34:00 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 5582111 | + | Email/Text: hrohrbaugh@cgalaw.com | Jan 10 2025 18:39:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5583432 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 10 2025 18:39:00 | ECMC, PO Box 16408, St Paul, MN 55116-0408 |
| 5582125 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 10 2025 18:39:00 | FORTIVA, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 5582113 | | EDI: IRS.COM | Jan 10 2025 23:34:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5633427 | | EDI: JEFFERSONCAP.COM | Jan 10 2025 23:34:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 5633428 | | EDI: JEFFERSONCAP.COM | Jan 10 2025 23:34:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 5582127 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2025 18:38:19 | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 5590236 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2025 18:38:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5582128 | | Email/Text: camanagement@mtb.com | Jan 10 2025 18:39:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 5584532 | + | Email/Text: camanagement@mtb.com | Jan 10 2025 18:39:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5582130 | + | Email/Text: Unger@Members1st.org | Jan 10 2025 18:39:00 | MEMBERS 1ST FCU, ATTN: BANKRUPTCY, 5000 MARKETPLACE WAY, ENOLA, PA 17025-2431 |
| 5590215 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 10 2025 18:38:33 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5582131 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 10 2025 18:38:00 | MERRICK BANK/CCHOLDINGS, ATTN: BANKRUPTCY, P.O. BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5594128 | + | Email/Text: Unger@Members1st.org | Jan 10 2025 18:39:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5592727 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 10 2025 18:39:00 | Midland Credit Management, Inc, PO Box 2037, Warren, MI 48090-2037 |
| 5582115 | | EDI: PENNDEPTREV | Jan 10 2025 23:34:00 | PENNSYLVANIA DEPARTMENT OF |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5582115 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 10 2025 18:39:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5594491 | | EDI: PRA.COM | Jan 10 2025 23:34:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5594553 | | EDI: PRA.COM | Jan 10 2025 23:34:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5582132 | ^ | MEBN | Jan 10 2025 18:33:14 | ROUNDPOINT MORTGAGE SERVICING CORP, ATTN: BANKRUPTCY, PO BOX 19409, CHARLOTTE, NC 28219-9409 |
| 5594916 | | Email/Text: bankruptcy@roundpointmortgage.com | Jan 10 2025 18:39:00 | RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 5582133 | + | Email/Text: bankruptcy@bbandt.com | Jan 10 2025 18:39:00 | SHEFFIELD FINANCIAL, ATTN: BANKRUPTCY, 214 N TRYON ST, CHARLOTTE, NC 28202-1078 |
| 5582134 | + | EDI: SYNC | Jan 10 2025 23:34:00 | SYNCB/BELK DUAL CARD, ATTN: BANKRUPTCY, P.O. BOX 965060, ORLANDO, FL 32896-5060 |
| 5582135 | + | EDI: SYNC | Jan 10 2025 23:34:00 | SYNCB/EBAY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5582136 | + | EDI: CAPITALONE.COM | Jan 10 2025 23:34:00 | SYNCB/WALMART, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5582138 | ^ | MEBN | Jan 10 2025 18:33:33 | SYNCHRONY BANK, C/O PATENAUDE & FELIX, A.P.C., 2400 ANSYS DRIVE, SUITE 402-B, CANONSBURG, PA 15317-0403 |
| 5582137 | + | EDI: SYNC | Jan 10 2025 23:34:00 | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5582139 | + | EDI: SYNC | Jan 10 2025 23:34:00 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5582140 | + | EDI: SYNC | Jan 10 2025 23:34:00 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5582141 | + | EDI: SYNC | Jan 10 2025 23:34:00 | SYNCHRONY BANK/HHGREGG, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5582142 | + | EDI: SYNC | Jan 10 2025 23:34:00 | SYNCHRONY/PAYPAL CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5586429 | | Email/Text: bankruptcy@bbandt.com | Jan 10 2025 18:39:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 5595191 | | EDI: AISACG.COM | Jan 10 2025 23:34:00 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5630954 | + | Email/Text: bankruptcy@roundpointmortgage.com | Jan 10 2025 18:39:00 | TH MSR Holdings LLC, C/O RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 5630955 | + | Email/Text: bankruptcy@roundpointmortgage.com | Jan 10 2025 18:39:00 | TH MSR Holdings LLC, C/O RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715, TH MSR Holdings LLC, C/O RoundPoint Mortgage Servicing LLC 29715-0200 |
| 5582143 | ^ | MEBN | Jan 10 2025 18:33:26 | TOYOTA MOTOR CREDIT/MAZDA FINANCIAL, ATTN: BANKRUPTCY, 6565 HEADQUARTERS DR, PLANO, TX 75024-5965 |
| 5595373 | ^ | MEBN | | |

| | | | |
|---|---|---|---|
| | | Jan 10 2025 18:33:32 | Toyota Motor Credit Corporation, P.O. Box 330, Williamsville, New York 14231-0330 |
| 5584773 | + Email/Text: bankruptcy@bbandt.com | | |
| | | Jan 10 2025 18:39:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 5582114 | Email/Text: kcm@yatb.com | | |
| | | Jan 10 2025 18:39:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 54

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5590849 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2025           Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General acarr@attorneygeneral.gov |
| Brent J Lemon | on behalf of Creditor TH MSR Holdings LLC blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION AS SERVICING AGENT FOR FEDERAL NATIONAL MORTGAGE ASSOC. bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 James Blaine Tenney Jr. hrohrbaugh@cgalaw.com, kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Sherry Lee Tenney hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General hrohrbaugh@cgalaw.com, kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kelly M. Appleyard | |

on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General kappleyard@attorneygeneral.gov

Keri P Ebeck
on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Sherri Smith
on behalf of Creditor TH MSR Holdings LLC ssmith@stradley.com amautz@pincuslaw.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| James Blaine Tenney Jr., aka James B. Tenney Jr., | Chapter 13 |
| **Debtor 1** | Case No. 1:23−bk−02752−HWV |
| Sherry Lee Tenney, aka Sherry L. Tenney, aka Sherry Lee Giltay, aka Sherry Lee Price, aka Sherry Lee Rudacille, | |
| **Debtor 2** | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: January 10, 2025

ordsmiss (05/18)