IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| James Blaine Tenney, Jr. | : | Chapter 13 |
| Sherry Lee Tenney | : | |
| Debtors | : | Case No. 1:23-bk-02752-HWV |
| | : | |

### ORDER APPROVING THE PAYMENT OF COUNSEL FEES
### TO CGA LAW FIRM AS A CHAPTER 13 ADMINISTRATIVE EXPENSES

UPON CONSIDERATION OF a review of the Final fee application filed by E. Haley Rohrbaugh, Esquire, counsel for the above Debtors, and upon a review of the record revealing that Notice was given to all creditors and other parties in interest and no objections have been received within the twenty-one (21) days' notice period, it is hereby

ORDERED that counsel fees and out-of-pocket expenses for the period of time beginning September 8, 2023 through September 16, 2024, in the amount of $7,846.08 are hereby approved for services rendered and expenses incurred by CGA Law Firm as a Chapter 13 Administrative Expense. It is further

ORDERED that after receipt of $1,200.00 from the Debtors, and $0 previously received from the Chapter 13 Trustee, the Standing Chapter 13 Trustee is directed to pay $6,646.08 from the funds that the Trustee has on hand to Debtors' Counsel.